UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD<br><br>    Applicant,<br><br>    v.<br><br>CALIFORNIA BIO-PRODUCTEX, INC.,<br>CROWN NATURAL FOODS, AND<br>LEONARD WIERZBICKI<br><br>    Respondents. | 1:10mc0015 DLB<br><br><br><br><br>ORDER TO SHOW CAUSE<br>Date: May 14, 2010<br>Time: 9:00 a.m.<br>Courtroom 9 |

    The National Labor Relations Board (herein called the Board), by its General Counsel, and by William A. Baudler, Regional Attorney for Region 32, has applied for an order directing California Bio-Productex, Inc., Crown Natural Foods, and Leonard Wierzbicki (herein called Respondents) to obey subpoenas *duces tecum* and subpoenas *ad testificandum*. Having shown good cause,

    IT IS ORDERED that Respondents appear before this Court at the United States Court House in Fresno, California, Courtroom 9, on the 14th day of May, 2010, at 9:00, or as soon thereafter as Counsel can be heard, and then and there show cause why, if any there be, an order

should not issue directing Respondents' custodian of records to appear before a Board Agent at such time and place as the Board Agent may designate, and there and then to produce the documents requested in subpoenas *duces tecum* Nos., B-630363, B-630364, and B-630404 and to answer, through sworn affidavit or deposition, at the discretion of the Regional Director of Region 32 of the Board, any and all questions relevant and material to the subpoenaed documents relating to the proceedings before the Board in Board Case 32-CA-24486 and for Respondent Leonard Wierzbicki to provide the testimony requested in subpoenas *ad testificandum* Nos. A-814017, A-814018, and A-814075, and to answer, through sworn affidavit or deposition, at the discretion of the Regional Director of Region 32 of the Board, any and all questions relating to the proceedings before the Board in Board Case 32-CA-24486 now pending before the Board pursuant to Section 10 of the National Labor Relations Act, as amended [29 U.S.C. § 151 et seq.]; and

IT IS FURTHER ORDERED that Respondents file an answer to the Application with the Clerk of this Court and serve copies thereof upon Applicant at its office located at 1301 Clay Street, Suite 300N, Oakland, California, 94612 on or before the 23rd day of April, 2010. Applicant's reply, if any, is due on or before the 7th day of May, 2010; and

IT IS FURTHER ORDERED that service of copies of this Order and the Application upon which it is issued be made without delay upon Respondents, in any manner provided in the Federal Rules of Civil Procedure by a United States Marshall, by an individual employed by the National Labor Relations Board, or an individual designated by the National Labor Relations Board, in accordance with Rule 4(c) of the Federal Rules of Civil Procedure, and that proof of such service be filed herein.

IT IS SO ORDERED.

Dated:   **March 31, 2010**           /s/ *Dennis L. Beck*
                                     UNITED STATES MAGISTRATE JUDGE

Case 1:10-mc-00015-DLB   Document 6   Filed 03/31/10   Page 3 of 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25