1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>Petitioner,<br><br>v.<br><br>CROWN NATURAL FOODS, et al.,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:10mc0015 DLB<br><br>ORDER GRANTING MOTION TO CONTINUE DATES IN ORDER TO SHOW CAUSE<br>(Document 9)<br><br>ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE AND BRIEFING SCHEDULE<br><br>Date:   June 11, 2010<br>Time:  9:00 a.m.<br>Courtroom 9 |

Applicant National Labor Relations Board ("NLRB") filed the instant petition to enforce an administrative subpoena on March 23, 2010.

The Court issued an Order to Show Cause on March 31, 2010.  The order required that Respondents file an answer by April 23, 2010, and set the hearing for May 14, 2010. Respondents have not filed an answer or otherwise appeared in this action.

On April 28, 2010, NLRB filed a motion to "reissue" the Order to Show Cause, explaining that they inadvertently failed to serve the March 31, 2010, order on Respondents.

The Court construes NLRB's motion as a request to continue the dates in the March 31, 2010, Order to Show Cause and GRANTS the motion.  The hearing for the March 31, 2010, Order to Show Cause is CONTINUED to June 11, 2010.  Respondents' answer to the application is due on or before May 21, 2010.  NLRB's reply, if any, is due on or before June 4, 2010.

1

1    NLRB shall serve a copy of this order AND the March 31, 2010, Order to Show Cause,

2   on Respondents pursuant to Federal Rule of Civil Procedure 4(e).

3

4    IT IS SO ORDERED.

5    **Dated:**   **April 29, 2010**            **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28