# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NATIONAL LABOR RELATIONS BOARD, | ) | 1:10cv015 DLB |
| | ) | |
| Petitioner, | ) ) | ORDER DIRECTING CLERK OF COURT TO RETURN DOCUMENT |
| v. | ) | |
| CROWN NATURAL FOODS, et al., | ) ) | |
| Respondents. | ) ) | |

    National Labor Relations Board's petition to enforce an administrative subpoena is set for an order to show cause hearing on June 11, 2010. Pursuant to the proofs of service filed on May 10, 2010, Respondents Leopold Wierzbicki, Crown Natural Foods and California Bio-Productex, Inc. were served on May 4, 2010.

    On May 12, 2010, the Court received correspondence from Respondents Crown Natural Foods and Leopold Wierzbicki. Mr. Wierzbicki requests that the hearing be continued due to his travel arrangements for his daughter's June 12, 2010, wedding. It is not apparent that the letter was served on Petitioner.

    The Clerk of the Court is DIRECTED to return the correspondence to Mr. Wierzbicki, however a copy shall be attached to this order as an exhibit.

    The Court advises the parties that it does not accept correspondence from the parties and generally anything filed with the Court must be copied to the opposing side of the action.

1

If Mr. Wierzbicki wishes to move the hearing date, he must do so pursuant to a stipulation between the parties or by noticed motion.  He may contact counsel for the NLRB and if the Board is in agreement the Court will continue the proceeding to a mutually agreeable date.

IT IS SO ORDERED.

   **Dated:**  **May 13, 2010**                                                /s/ **Dennis L. Beck**
                                                                                        UNITED STATES MAGISTRATE JUDGE