# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>Petitioner,<br><br>v.<br><br>CROWN NATURAL FOODS, et al.,<br><br><br>Respondents. | 1:10mc0015 DLB<br><br>ORDER GRANTING STIPULATION TO EXTEND TIME<br><br>(Documents 18, 19) |

Petitioner National Labor Relations Board filed the instant petition to enforce an administrative subpoena on March 23, 2010.

On June 15, 2010, the parties stipulated to extend time for Respondents to file an answer to the petition. The stipulation is GRANTED. Respondents' answer is due on or before June 16, 2010.

IT IS SO ORDERED.

Dated: __June 15, 2010__      _____ /s/ **Dennis L. Beck** _____
                              UNITED STATES MAGISTRATE JUDGE

1