(SPACE BELOW FOR FILING STAMP ONLY)

Anthony Raimondo, # 200387
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Defendant
CROWN NATURAL FOODS; CALIFORNIA BIO-PRODUCTEX, INC.; DR. LEOPOLD WIERZBICKI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>        Applicant,<br><br>v.<br><br>CROWN NATURAL FOODS; BIO-PRODUCTEX, INC. and DR. LEOPOLD WIERZBICKI,<br><br>        Respondents. | Case No.  1:10mc0015 DLB<br><br>**JOINT REQUEST TO CONTINUE DATE FOR RESPONDENTS TO FILE ANSWER** |

Applicant National Labor Relations Board ("NLRB") filed a petition to enforce an administrative subpoena on March 23, 2010. The Court issued an Order to Show Cause on March 31, 2010, requiring Respondents' to file an Answer by April 23, 2010, and setting the hearing for May 14, 2010.

On April 28, 2010, the NLRB filed a request to continue the hearing date. On April 29, 2010, the Court granted the NLRB's request and issued an Order continuing the hearing for the Order to Show Cause to June 11, 2010, and directing Respondents to file an Answer by May 21, 2010.

On May 21, 2010, Respondents filed a request for an extension of time. On May 24, 2010, the Court granted Respondents' request and extended the deadline to file an Answer to June

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

JOINT REQUEST TO CONTINUE DATE FOR RESPONDENTS TO FILE ANSWER CASE NO.  1:10MC0015 DLB

11, 2010, and set the hearing for July 2, 2010.

The parties are presently attempting to meet and confer over certain objections Respondents have to the subpoenas, as well as, coordinate a suitable schedule for testimony of the Respondent WIERZBICKI to be taken pursuant to the subpoenas *ad testificandum*. The parties have been working amicably on a resolution to the dispute over the subpoenas and believe such resolution is imminent.

On the basis of the above negotiations, Counsel for NLRB and counsel for Respondents hereby submit their joint request that the Court extend Respondents' deadline for filing an Answer from June 16, 2010 to June 18, 2010.

Dated: June 16, 2010

By: _____/s/ Catherine Ventola_____
Catherine Ventola
NATIONAL LABOR RELATIONS
BOARD

Dated: June 16, 2010

By: _____/s/ Anthony Raimondo_____
Anthony Raimondo
Attorneys for Defendant
CROWN NATURAL FOODS;
CALIFORNIA BIO-PRODUCTEX, INC.;
DR. LEOPOLD WIERZBICKI

**IT IS HEREBY ORDERED:**

Dated:  June 17, 2010

/s/ Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE

1576781.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

JOINT REQUEST TO CONTINUE DATE FOR RESPONDENTS TO FILE ANSWER CASE NO. 1:10MC0015 DLB