(SPACE BELOW FOR FILING STAMP ONLY)

Anthony Raimondo, # 200387
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

Attorneys for Defendant
CROWN NATURAL FOODS, CALIFORNIA BIO-PRODUCTEX, INC. and DR. LEOPOLD WIERZBICKI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>              Applicant,<br><br>     v.<br><br>CROWN NATURAL FOODS; BIO-PRODUCTEX, INC. and DR. LEOPOLD WIERZBICKI,<br><br>              Respondents. | Case No.  1:10mc0015 DLB<br><br>**JOINT STIPULATION TO EXTEND THE HEARING DATE AND BRIEFING SCHEDULE ON PLAINTIFF'S ORDER REQUIRING OBEDIENCE TO SUBPOENAS *DUCES TECUM* AND SUBPOENAS *AD TESTIFICANDUM*** |

IT IS HEREBY STIPULATED by and between Applicant THE NATIONAL LABOR RELATIONS BOARD, by and through its attorneys of record and Respondents CROWN NATURAL FOODS, BIO-PRODUCTEX, INC. and DR. LEOPOLD WIERZBICKI, by and through their attorneys of record, McCormick, Barstow, Sheppard, Wayte & Carruth, as follows:

1.     That the July 2, 2010 hearing date presently scheduled with the Court on the Application to Require Obedience be continued for approximately 60 days and rescheduled for September 10, 2010.

2.     That the briefing schedule be extended to coincide with the September 10, 2010 hearing date so that Respondent's Answer is due on or before August 27, 2010 and Applicant's Reply, if any, is due on or before September 3, 2010.

3. The parties have jointly stipulated to the continuance described above and respectfully request that the Court issue an Order granting said continuance for the following reasons:

Applicant has issued a total of six subpoenas and sought intervention by the District Court through an Application for Order Requiring Obedience to Subpoenas filed on or about March 23, 2010. The Court issued an Order to Show Cause on March 31, 2010, requiring Respondents' to file an Answer by April 23, 2010, and setting the hearing for May 14, 2010. Several extensions have been granted while the parties attempt to meet and confer regarding certain objections Respondents have to the subpoenas, as well as, coordinate a suitable schedule for testimony of the Respondent WIERZBICKI to be taken pursuant to the subpoenas *ad testificandum*.

The parties have reached a resolution and the relevant documents and testimony will be provided. If both parties uphold their side of the agreements, the instant hearing on the Application for Order Requiring Obedience to Subpoenas will be moot.

It is hereby stipulated and agreed, as stated above, that the currently scheduled date for the hearing on Application for Order Requiring Obedience to Subpoenas on July 2, 2010 is vacated and continued until September 10, 2010 at 9:00 a.m., in the above-entitled Court.

Dated: June 18, 2010

By: ____/s/ Catherine Ventola____
Catherine Ventola
NATIONAL LABOR RELATIONS BOARD

Dated: June 18, 2010

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: _____/s/ Anthony Raimondo_____
Anthony Raimondo
Attorneys for Defendant
CROWN NATURAL FOODS;
CALIFORNIA BIO-PRODUCTEX, INC.;
DR. LEOPOLD WIERZBICKI

IT IS SO ORDERED.

Dated:   **June 22, 2010**        /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE