UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD | |
| Applicant, | Case No.: 1:10-mc-0015 DLB |
| v. | |
| CALIFORNIA BIO-PRODUCTEX, INC., CROWN NATURAL FOODS, AND LEONARD WIERZBICKI | ORDER GRANTING MOTION TO WITHDRAW APPLICATION TO REQUIRE OBEDIENCE TO SUBPOENAS *DUCES TECUM* AND SUBPOENAS *AD TESTIFICANDUM* |
| Respondents. | |

IT IS SO ORDERED

27 August 2010                           /s/ Dennis L. Beck

                                        U.S. Magistrate Judge